UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>DANIEL OBERHOLTZER, and<br>CONNECTZONE.COM LLC,<br><br>Defendants. | NO. CR13-016-RAJ<br><br>**FINAL ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for Entry of a Final Order of Forfeiture ("Motion") for the following property:

1. Any and all digital devices used to facilitate trafficking in counterfeit goods including, but not limited to, the following:

    a. A black Antec computer with 1 Western Digital hard drive S/N WMATV4094572-1TB;
    b. A black tower computer with 1 hard drive – OCZ SSD- S/N 018131102033028-120GB;
    c. A black tower computer with 1 Western Digital hard drive – S/N WMANS1358373;
    d. A black tower computer with 2 hard drives: Seagate – S/N 9QFA1LCW-2GB; and Maxtor – S/N K410L43C;
    e. A black tower computer with 1 Samsung hard drive – S/N SOMQJ13P206975-320GB;

Final Order of Forfeiture
*U.S. v. Oberholtzer* CR13-016 RAJ - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

    f. A black and silver generic computer, S/N 1617813000162, with 2 Western Digital hard drives – S/N WMAVU2242924-1TB; and S/N WCATR0067095-1TB;
    g. A silver tower computer with 1 Western Digital hard drive – S/N WMAM9V966856;
    h. A Dell Power Edge 840 Server, serial number HWYXCF1, with 3 hard drives – Western Digital S/N WCAPO2998818-160GB; Western Digital S/N WCAP02997957-160GB; Seagate S/N 3QD07EFK-750GB;
    i. A Dell Power Edge 1900 server, serial number 2WP21G1 with three hard drives – OCZ SSD S/N A2M1C1X2T2B1LT17-110GB; Western Digital S/N WMAM9ANA8627-80GB; Western Digital S/N WCAW31374575-1TB;
    j. A generic tower server with one Western Digital hard drive S/N WCAJ91504113-80GB;

2. Any and all counterfeit goods used or possessed as part of the offense including, but not limited to, all of the items listed in <u>Attachment A</u> to the Preliminary Order of Forfeiture (Dkt. Nos. 185 & 186);

3. All business records and financial records, in whatever form, including receipts, invoices, sales records, ledgers, correspondence, supplier lists, customer lists, address books, date books, assets, shipping records, and storage records, relating to transactions associated with computer networking products seized during searches of Connectzone.com's business at 12512 Beverly Park Road, Suite B1B Lynnwood, Washington 98087 as part of this investigation; and,

4. A sum of money in the amount of $716,778.55, representing the gross proceeds the Defendant obtained as a result of the Conspiracy to Traffic in Counterfeit Goods.

The Court, having reviewed the United States' Motion as well as the other pleadings and papers filed in this matter, hereby FINDS entry of a Final Order of Forfeiture is appropriate because:

- On July 11, 2014, the Court entered Preliminary Orders of Forfeiture finding the above-identified property forfeitable pursuant to 18 U.S.C. § 2323(b) and forfeiting the Defendant's interest in it (Dkt. Nos. 185 & 186);

Final Order of Forfeiture
*U.S. v. Oberholtzer* CR13-016 RAJ - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

- Thereafter, the United States published notice of the pending forfeitures as required by 21 U.S.C. § 853(n)(1) and Fed. R. Crim. P. 32.2(b)(6)(C) (Dkt. No. 285); and,

- The time for filing third-party petitions has expired, and none were filed.

NOW, THEREFORE, THE COURT ORDERS:

1. No right, title, or interest in the above-identified property exists in any party other than the United States;

2. The above-identified property is fully and finally condemned and forfeited, in its entirety, to the United States; and,

3. The Department of Homeland Security, and/or its representatives, are authorized to dispose of the above-identified property as permitted by governing law.

IT IS SO ORDERED.

DATED this 12th day of October, 2018.

*Richard A. Jones*
_____
The Honorable Richard A. Jones
United States District Judge

Final Order of Forfeiture
*U.S. v. Oberholtzer* CR13-016 RAJ - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970